IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Earl Allen, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING TRIAL** |
| | ) | **AND RESETTING PRETRIAL** |
| vs. | ) | **DEADLINES** |
| | ) | |
| Victory Fund Investments, L.L.C., | ) | |
| | ) | Case No.  4:06-cv-091 |
| Defendant. | ) | |

The court conducted a telephonic status conference in the above-entitled action on September 9, 2008.  Pursuant to the parties discussions, it is **ORDERED** that:

1. The parties shall have until February 2, 2009, to complete all discovery.

2. Plaintiff's Rule 26(a)(2) expert disclosures are due by December 1, 2008. Defendant's expert Rule 26(a)(2) disclosures are due by January 2, 2009.

3. The parties shall have until February 13, 2009, to file dispostive motions.

3. The bench trial set for September 23, 2008, shall be rescheduled for May 12, 2009, at 9:00 a.m. in Bismarck, North Dakota, before Chief Judge Hovland.  A four (4) day trial is anticipated.

4. The final pretrial conference set for September 9, 2008, shall be rescheduled for April 28, 2009, at 10:00 a.m. via telephone conference call to be initiated by the court.

Dated this 9th day of September, 2008.

/s/  Charles S.  Miller, Jr.
Charles S.  Miller, Jr.
United States Magistrate Judge.