**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Earl Allen, ) | |
| ) | **ORDER OF DISMISSAL** |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 4:06-cv-091 |
| Victory Fund Investments, L.L.C., ) | |
| ) | |
| Defendant. ) | |

Before the Court is a "Stipulation to Dismiss With Prejudice" filed on June 12, 2009. The Court **ADOPTS** the stipulation in its entirety (Docket No. 21) and **ORDERS** the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 15th day of June, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel L. Hovland
　　　　　　　　　　　　　　　　　　　　　　　　Daniel L. Hovland, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court